**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Austin Johnston, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since January 2020.  I am currently assigned to the Cleveland Field Office, Canton Resident Agency, Canton, Ohio, Safe Streets Task Force and Violent Crime Squad.  My responsibilities include enforcing federal criminal statutes, to include investigations involving bank robbery, Hobbs Act robberies, firearms violations, and a multitude of other criminal violations.  I have gained experience through training at the FBI Academy in Quantico, Virginia, Cleveland FBI SWAT and everyday work relating to conducting these types of investigations.  Prior to the FBI, I was employed by Texas Department of Public Safety, Highway Patrol since 2016.

3. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Jason William Smith (hereafter referred to as "SMITH") date of birth July 28, 1973, social security number XXX-86-0074 (redacted), residing at XXXX Stone Road SW,

Bowerston, Ohio 44695 (redacted) has violated 18 U.S.C. § 2252(a)(2), Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, and 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

4. The statements in this affidavit are based in part on information and evidence provided by other law enforcement officers, analysis of law enforcement databases, evidence obtained in other state and federal criminal investigations, written reports about this case, examination of records from commercial and FBI databases, administrative subpoenas, the execution of a federal search warrants, voluntarily provided records from communication providers, FBI physical surveillance, a search of Smith's residence and person, an interview of Smith, and on my investigation of this matter. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

5. In July 2025, while running investigative inquiries in a law enforcement service[1] used to identify Internet Protocol (IP) addresses suspected of trading Child Sexual Abuse Material (CSAM) via BitTorrent, I observed static IP 76.35.7.44 engaged in the receipt, possession, transportation, and distribution of files with matching MD5 values of known CSAM. The trading of CSAM occurred from on or about May 19, 2025 through August 13, 2025.

---

[1] It should be noted that the law enforcement service used herein does not provide the user with the actual CSAM media to review. It simply provides SHA1/MD5 values of the suspected CSAM files, summaries of the files, and the file names along with technical data regarding when the files were transmitted to a specific IP address, and when that conduct occurred. The descriptions are law enforcement officer descriptions of CSAM that share the same SHA1/MD5 value as those received, downloaded, and shared by 76.35.7.44 on BitTorrent.

6. For example, on July 27, 2025 at 5:52 AM UTC, a device utilizing IP address 76.35.7.44 downloaded a series of CSAM files via BitTorrent. The original investigator that reviewed these files described them as, "pre-pubescent child - Nudity." A review of the file names of this batch of CSAM included titles such as, "pthc Pedoland Frifam 2010 anya-varia" The file had MD5 value: 8C1350A54B20EE9C516345EEAA98176. The law enforcement officer that observed this video did not provide a description, but the terms "Pedoland" and "pthc", standing for pre-teen hardcore, also indicate the file contained CSAM.

7. During another observed download session, on August 6, 2025, at 3:05 AM UTC, a device utilizing IP address 76.35.7.44 downloaded a series of suspected CSAM files via BitTorrent. The original investigator that reviewed these files described them as, "Prepubescent male and female genitals visible. Anal, vaginal and oral rape of prepubescent minors. Rape of toddler." A review of the file names of this batch of CSAM included titles such as, "A cute baby love hole." The file had MD5 value: 302EDF269D588795CF1BCA07AE81616C. A law enforcement officer that observed the video described it as a seven minute and 15 second video of a prepubescent female appearing five to seven years of age in front of a webcam. She flips the camera two middle fingers and then displays her vagina. She stands with her pants around her ankles and lays back with her feet in the air as she uses her fingers to manipulate her vaginal area.

8. I observed dozens of other instances of CSAM transmission either to or from IP address 76.35.7.44. The files described herein are a small sample of the greater available evidence.

9. On or about August 12, 2025, an administrative subpoena was served to Charter Communications in reference to IP 76.35.7.44's activity on multiple different activity dates. On August 15, 2025, Charter Communications responded with the following subscriber information:

1. **IP ADDRESS 76.35.7.44:**

    (a) Target Details: 76.35.7.44

    (b) Subscriber Name: Randy Burke

    (c) Service Address: 9277 Stone Rd SW, Bowerston, OH 44695

    (d) Account Number: 8361100940007424

    (e) Phone Number: (330) 934-8015, (330) 559-0016

    (f) Email: j197351812@Gmail.com

    (g) Lease Log: Start Date October 25, 2024

10. On or about July 23, 2025, Detective Eric England of the Tiffin Police Department provided CSAM evidence obtained from IP address 76.35.7.44 via BitTorrent. Detective England utilized a law enforcement tool on BitTorrent to directly connect his law enforcement computer and conduct single-source downloads of offered CSAM files directly from IP address 76.35.7.44, and only that IP address. I reviewed the evidence provided by Detective England. The evidence provided contained approximately 3,128 images and 1,067 video files of CSAM material. A sample of the CSAM provided by Detective England is contained here:

    a. **File Name**: PTHC – Thai #020-#023 [19m33s].mpg

        i. **Description:** This file is an 18 minute and 34 second color video depicting a prepubescent minor girl, lying on her back with her wrists bound to her ankles with duct tape. An adult male is having genital to genital sex with the minor as she winces in pain.

    b. **File Name**: Pthc Pedoland Frifam Toddler Fucking Cumshot 3yo girl, Very Good!!.mpg

–4–

      i. **Description**: This file is a 5 minute and 46 second color video depicting a fully nude female toddler in various positions, to include lying on her back with her legs pushed behind her head. An adult male is forcing his erect penis into her vagina. At times, the toddler is wincing in pain.

11.    On or about July 23, 2025, Detective Ryan Merrow of the Perrysburg Police Department provided CSAM evidence obtained from IP address 76.35.7.44 via BitTorrent. Detective Merrow utilized a law enforcement tool on BitTorrent to directly connect his law enforcement computer and conduct single-source downloads of offered CSAM files directly from IP address 76.35.7.44, and only that IP address. I reviewed the evidence provided by Detective Merrow. The evidence provided contained approximately 274 video files of CSAM material. A sample of the CSAM provided by Detective Merrow is contained here:

    a. **File Name**: Pthc Pedoland Frifam Toddler Fucking Cumshot 3yo girl, Very Good!!.mpg

      i. **Description**: This file is a 5 minute and 46 second color video depicting a fully nude female toddler in various positions, to include lying on her back with her legs pushed behind her head. An adult male is forcing his erect penis into her vagina. At times, the toddler is wincing in pain.

    b. **File Name**: !!!New!!! 2010 5yo – Chunk 2 FK Pthc best.avi

      i. **Description**: This file is a 1 minute and 25 second color video depicting a female toddler fully nude on back on her back. An adult male is having genital to genital sex with the female toddler.

12. Between July 21, 2025 and August 15, 2025, three additional investigators provided single-source downloads from IP 76.35.7.44. A review of IP 76.35.7.44's activity showed direct downloads of CSAM on July 17th, August 1st, 4th, 5th, 6th, 7th, 8th, 16th, 17th, 18th, and 19th. Approximately four of the direct download sessions were reviewed by the affiant, and all contained CSAM.

13. FBI physical surveillance in December 2024 through August 2025 indicated that 9277 Stone Road SW, Bowerston, OH 44695 (hereinafter referred to as ("Smith's Residence") is a single-family dwelling with Jason William **SMITH (SMITH)** as the potential occupant. An open-source search showed **SMITH** as a documented occupant of the Smith's Residence as of February 2011. Physical surveillance throughout 2024 shows **SMITH** to be the sole resident of the Smith's Residence. Smith's Residence is owned by Jane Smith (deceased), **SMITH's** mother. **SMITH** has a registered address of 9278 Autumn Rd SW, Bowerston, OH 44695, which is the adjoining property. In 2024, FBI Cambridge identified 9278 Autumn Road to be inhabited by Jane Smith (deceased), with the **9277 Stone Road SW, Bowerston, Ohio 44695** inhabited by **SMITH**. For example, on May 22, 2024, physical surveillance was initiated at Smith's Residence. During the surveillance, **SMITH** was observed exiting his residence and entering the detached garage. On July 31, 2024, physical surveillance, coupled with consensual monitoring showed **SMITH** inside of his residence (9277 Stone Road).

14. An open-source search in August 2025, showed **SMITH** to be a previously registered sex offender, with an offense date of January 15, 2000. Records indicate **SMITH** to have possessed a registration date of September 6, 2005, for a compliance term of 10 years. **SMITH** was convicted of sexual imposition in violation of Ohio ORC 2907.06. On or about

August 14, 2025, sex offender registration information was requested in reference to **SMITH**. It was determined at the time of the request that reporting associated with **SMITH's** prior arrest had been accidentally destroyed. The details surrounding **SMITH's** prior conviction is currently unknown.

15. On September 5, 2025, United States Magistrate Judge Amanda M. Knapp, of the Northern District of Ohio, issued a residential search warrant for Smith's Residence. At approximately 6:00 AM on September 9, 2025, the warrant was executed at the issued residence. Prior to the execution, physical surveillance observed a vehicle arrive at Smith's Residence and depart at approximately 4:15 AM. At approximately 7:15 AM, contact was made with **SMITH**, and a search warrant was issued on his person at his place of employment at 35280 Scio Bowerston Rd., Bowerston, Ohio. **SMITH** agreed to speak with Agents and provided to following information:

16. **SMITH** stated he had been masturbating to CSAM for approximately one year. During his online sessions, **SMITH** would download CSAM, masturbate to it, and then delete it. **SMITH** admitted to downloading CSAM approximately once per week. When looking for CSAM, **SMITH** would utilize the Tor Browser to facilitate torrent downloads. **SMITH** was questioned about his prior underage sex offense conviction and was apprehensive to answering questions; however, he indicated it was related to touching a 12-year-old girl. **SMITH** also admitted to utilizing the application Telegram to engage in the receipt and distribution of child pornography.

17. Following the interview of **SMITH**, verbal and written consent was obtained to review his cellular phone. A preliminary review of the device user's "Pinned" Telegram messages showed on May 15, 2024, at approximately 11:18 AM, the user of the device Telegram account

–7–

"Roberto" received a 14 second color video depicting a fully nude boy, approximately five years old placing his penis inside of an adult female. The color video was sent by Telegram user "Eager Scarfing" to "Roberto".

18.  A preliminary review of the device user's "Pinned" Telegram messages showed on May 17, 2024, at approximately 11:20 PM, the user of the device Telegram account "Roberto" sent a one minute and four second color video depicting a prepubescent female approximately six years old. She is being anally raped by an adult male penis, and her vulva and anus are visible in the video. The message was sent from the device user to another user. A review of the chat shows CSAM files both received and distributed.

## CONCLUSION

19.  Based on the above information, probable cause exists that Jason William **SMITH** has violated 18 U.S.C. § 2252(a)(2), Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, and 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

FURTHER AFFIANT SAYETH NOT

_____
Austin Johnston, Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this  9th  day of September 2025.

_CarmenHenderson_
CARMEN E. HENDERSON
UNITED STATES MAGISTRATE JUDGE

–8–